424 A.2d 541

Commonwealth v. Jackson, Appellant.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Submitted December 8, 1978. Ronald B. Merriweather, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgments of sentence affirmed.